IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
SOUTHERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| JANIS DIANE PIERCE | ) | 1:21-bk-10199-NWW |
|     Debtor | ) | |
| | ) | Chapter 7 |
| | ) | |
| | ) | |
| DOUGLAS R. JOHNSON, TRUSTEE | ) | |
|     Plaintiff | ) | |
| | ) | AP NO: 1:21-AP-01013-NWW |
| v. | ) | |
| | ) | |
| QUICKEN LOANS, LLC | ) | |
|     Defendant | ) | |

**SUMMONS IN AN ADVERSARY PROCEEDING**

    QUICKEN LOANS, LLC: YOU ARE SUMMONED and required to file a motion or answer to the complaint that is attached to this summons with the clerk of the bankruptcy court within 30 days of the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

Address of the Clerk: **United States Bankruptcy Court, Historic U.S. Courthouse, 31 E. 11th Street, Chattanooga, TN 37402-2722.**  At the same time, you also must serve a copy of the motion or answer on the plaintiff's attorney: **Elisabeth B. Donnovin, 428 McCallie Avenue, Chattanooga, TN, 37402.**

If you make your motion in time, your answer is governed by Fed. R. Bankr. P. 7012

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

Date: 3/29/2021

William T. Magill, Clerk of Court

By _____ (Deputy Clerk)