UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

Douglas R. Johnson, Trustee

    Plaintiff,

v.                                                        Case No. 1:21-AP-01013-NWW

Quicken Loans, LLC

    Defendant.

## MOTION FOR ADMISSION *PRO HAC VICE*

The undersigned, counsel for   Quicken Loans, LLC   ,
moves for admission to appear in this action *pro hac vice*.

Pursuant to E.D. Tenn. L.R. 83.5(b)(1). **FILING FEE = $90.00**

☑ I am a member in good standing of the highest court of the following state, territory or the District of Columbia (list **ALL** states):

  Georgia

☑ **AND** I am a member in good standing of another U.S. District Court. <u>A certificate of good standing from the **DISTRICT** court is attached.</u> ).

**OR**

Pursuant to E.D. Tenn. L.R. 83.5(b)(2). **NO FILING FEE REQUIRED.**

☐ An application for my admission to practice in this Court is currently pending.

I declare under penalty of perjury that the foregoing is true and correct.

Date: April 28, 2021

*/s/ Monica K. G*
_____
(Signature–hand signed)

Name: Monica K. Gilroy
Firm: The Gilroy Firm
Address:

    1145 Hightower Trail, Atlanta, GA 30350

Email address: monica.gilroy@gilroyfirm.com

Once your motion is granted, you must register as an E-Filer with this Court. For instructions visit the Court's website.

# UNITED STATES DISTRICT COURT

### MIDDLE DISTRICT OF GEORGIA

### CERTIFICATE OF GOOD STANDING

I, David W. Bunt, Clerk of this Court,

certify that Monica K. Gilroy, Bar No. 427520

was duly admitted to practice in this Court on

November 2, 2001, and is in good standing

as a member of the Bar of this Court.

Dated at Columbus, Georgia on April 28, 2021.



| David W. Bunt | s/ Elizabeth S. Long |
| CLERK | DEPUTY CLERK |