

**SO ORDERED.**
**SIGNED this 28th day of April, 2021**

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

_____
Nicholas W. Whittenburg
**UNITED STATES BANKRUPTCY JUDGE**

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE
## SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 21-10199-NWW |
| | ) | |
| JANIS DIANE PIERCE, | ) | |
| | ) | CHAPTER 7 Proceeding |
| Debtor. | ) | |
| | ) | |
| | ) | Adversary Proceeding No. 21-01013-NWW |
| DOUGLAS R. JOHNSON, | ) | |
| Chapter 7 Trustee, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| QUICKEN LOANS, LLC | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE*

Monica K. Gilroy having moved for admission to appear in this action *pro hac vice*, and upon her certification that she is a member in good standing of the highest court of Georgia and a member in good standing of the U.S. District Court of Georgia, it is hereby

1

**ORDERED** that Monica K. Gilroy is admitted to practice, *pro hac vice*, in the above-referenced case.

This \_\_\_\_ day of April, 2021.

_____

 U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF TENNESSEE
SOUTHERN DIVISION